# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
APR 23 2001
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

No.   00-3716

| | |
|---|---|
| United States of America, | |
|     Appellee, | |
| v. | Appeal from the United States District Court for the Eastern District of Missouri |
| Robert D. Smith, | |
|     Appellant. | |

Before BOWMAN, LOKEN and MORRIS SHEPPARD ARNOLD, Circuit Judges

### JUDGMENT

The motion of appellee for dismissal of this appeal is granted. The appeal is hereby dismissed.  See Eighth Circuit Rule 47A(b).

Judge Loken dissents.

(5361-010199)

February 5, 2001

A true copy.

ATTEST: *Michael E. Gans*

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

MANDATE ISSUED
APR 23 2001

#38

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. 10th Street
St. Louis, MO  63102

———————————

## UNITED STATES COURT OF APPEALS
### FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
ABBS (800) 652-8671
www.ca8.uscourts.gov

RECEIVED
APR 2 3 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

April 23, 2001

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. 10th Street
St. Louis, MO  63102

    Re:  00-3716   United States vs. Robert D. Smith

Dear Clerk:

    The mandate of this Court is being sent to the clerk of the district court, together with a receipt.  The clerk of the district court is requested to sign, date, and return the receipt to this office.

    Any district court records in this court's possession will be returned shortly.

(5175-010199)

                              Sincerely,

                              Michael E. Gans
                              Clerk of Court

paw

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
-----------------------------------------
cc:  Donald Garrett Wilkerson Sr.
     Robert D. Smith
     David A. Freeman
     Janis C. Good

       District Court/Agency Case Number(s):  4:00 CR 263 CAS

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 04/24/01 by jjones
                4:00cr263     USA vs Smith

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

Janis Good -                       Fax: 314-421-3177
Donald Wilkerson -  35963        Fax: 314-539-7695

SCANNED & FAXED BY:
APR 24 2001
DJO